GENEROSA ROMÁN VDA. DE MORA, peticionaria apelante, *v.* THE FEDERAL LAND BANK OF BALTIMORE y EL MÁRSHAL DE LA CORTE DE DISTRITO DE ARECIBO, demandados apelados.

No. 6443.—*Sometido:* Marzo 12, 1934. *Resuelto:* Marzo 15, 1934.

*L. Mercader,* abogado de la apelante; *Frank Martínez* y *E. Campos del Toro,* abogados del Banco apelado.

EL JUEZ ASOCIADO SEÑOR CÓRDOVA DÁVILA, emitió la opinión del tribunal.

The Federal Land Bank of Baltimore demandó a Generosa Román viuda de Mora y a sus hijos en cobro de crédito hipotecario, por la vía ordinaria, ante la Corte de Distrito de Arecibo, y fallado el caso a su favor, obtuvo por adjudicación en pública subasta el dominio del inmueble hipotecado. Generosa Román inició entonces separadamente un procedimiento de *injunction* contra el banco y el márshal de la Corte de Distrito de Arecibo para evitar que se le desalojase de la finca donde residía y donde según alega tenía constituído su hogar seguro. La corte expidió una orden para mostrar causa y mientras tanto colocó a los demandados en entredicho. Compareció el banco para solicitar que el caso fuese trasladado a la Corte de Distrito de San Juan, y decretado el traslado, la peticionaria interpuso recurso de apelación contra la orden de la corte inferior.

En diciembre 5 de 1933 la Corte de Distrito de San Juan, a solicitud del Federal Land Bank of Baltimore, previa prestación de fianza, decretó la disolución de la orden de entredicho que había sido dictada. Pidió entonces el banco a la Corte de Distrito de Arecibo, en el pleito sobre ejecución de hipoteca, que se le diese posesión de la finca, y expedido el mandamiento solicitado, la demandada, ante la amenaza de ser lanzada por el márshal, desalojó la referida propiedad, siendo ésta ocupada por el banco.

La parte apelada solicita la desestimación de la apelación interpuesta por la peticionaria, basándose en que la apelación del incidente de traslado resulta frívola y académica, por cuanto la solicitud de *injunction* objeto del pleito carece de fundamento y finalidad, toda vez que el Federal Land Bank of Baltimore ha tomado posesión del inmueble y sólo queda por ventilarse el supuesto derecho de hogar seguro que dice tener la peticionaria sobre la finca en cuestión. La parte apelante se opone a la desestimación, alegando que el recurso no es académico, porque si se revocase la orden apelada, la actuación de la Corte de Distrito de San Juan carecería de

eficacia, incluyendo la revocación del *injunction* mediante la fianza prestada.

El auto de *injunction* se solicitó y obtuvo para evitar que la demandada fuese desalojada de la finca. El *injunction* decretado ha sido disuelto y la finca está hoy en posesión del banco. La resolución que pueda recaer en el recurso interpuesto, ya se confirme o revoque la orden apelada, en nada puede alterar la posición que ocupan las partes. Si se resuelve el recurso en favor de la peticionaria y se revoca la orden de traslado, esta revocación no puede restituir a la peticionaria en la posesión del inmueble. La peticionaria tendrá que utilizar, independientemente de este recurso de *injunction,* el procedimiento que la ley prescribe para que sus alegados derechos de hogar seguro sean judicialmente resueltos. Desalojada la finca por la parte apelante y ocupada en la actualidad por el Federal Land Bank of Baltimore, ha desaparecido la causa que originó la solicitud de *injunction* y produjo la orden de entredicho, y cualquier resolución que se dicte en el recurso interpuesto resultará prácticamente académica, por la razón de que ya no hay litigio en cuanto al *injunction,* aunque la peticionaria conserve sus derechos para discutir en el procedimiento adecuado, su reclamación sobre hogar seguro. El banco, que solicitó y obtuvo el traslado, ha prestado una fianza para garantizar los derechos de la peticionaria.

*Debe desestimarse el recurso interpuesto.*